UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-21636-BLOOM/Otazo-Reyes**

FEDERAL REPUBLIC OF NIGERIA
ACTING BY AND THROUGH
OLADAPO OLAJIDE,

    Plaintiff,

v.

TERRI MOCKLER, MATEZSA
CHEATHAM, KATIE BIEKER,
SUPERIOR COURT OF CONTRA
COSTA COUNTY,

    Defendants.
_____/

## ORDER DENYING EMERGENCY MOTION
## FOR PRELIMINARY INJUNCTION BY 7/7/2022

**THIS CAUSE** is before the Court upon Plaintiff Federal Republic of Nigeria (acting by and through Oladapo Olajide)'s Emergency Motion for Preliminary Injunction by 7/7/2022, ECF No. [33] ("Motion"), docketed on August 1, 2022. Upon review, the Court finds that the Motion is a duplicate of the Emergency Motion for Preliminary Injunction by 7/7/2022, ECF No. [28], docketed on July 5, 2022. For the reasons stated by the Court in its Order Dismissing Case, ECF No. [30], the Motion, **ECF No. [33]**, is **DENIED**.

The Clerk is directed to send copies of this Order and the Court's prior Order, ECF No. [30], to the email address provided in Plaintiff's Motion, dsun365@yahoo.com.

Case No. 22-cv-21636-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 1, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Federal Republic of Nigeria acting by and through Oladapo Olajide
dsun365@yahoo.com